David Pascucci
30 Burdette Avenue
Framingham, MA. 01702
August 27th, 2019

Honorable Leo T. Sorokin
United States District Court
1 Courthouse Way
Boston, MA. 02210

Dear Judge Sorokin;
My name is Mr. David Pascucci. I live at 30 Burdette Avenue. I am a Self Employed Painting Contractor. I have known Walter and his Wife Pat for 10 Years as they are my Next door Neighbors. I have been over there House Numerous times and also Repainted There Kitchen. I think very highly of Walter and to be a very High Character Person who Has given me no reasons to think otherwise. I have never had any issues with Walter for As long as I've known him. I couldn't ask for a better neighbor.

*[signature]*