Elin G. Grady
21 Clifford St.
Wellesley, MA 02482

August 12, 2019

Honorable Leo T. Sorokin
United States District Court
1 Courthouse Way
Boston, MA 02210

Dear Judge Sorokin:

I have known Walter Johnson for ten years since I first worked full time at Wellesley Middle School. He and I were former teachers now working as assistants to the lead teacher. That year we were assigned to the same sixth grade math class and that is how I got to know Walter and see him in action.

Walter was patient, helpful and had good rapport with the students. They were always comfortable seeking out Walter for help and he was a good role model. I always found Walter professional in his interaction teaching and coaching students.

I realize that this is a serious charge but hope that the court might show Walter leniency.

Sincerely,

*Elin G. Grady*

Elin G. Grady